UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYRUS CASBY ALSO KNOWN AS ORIGINAL MANN,<br><br>                              Plaintiff,<br><br>           -against-<br><br>CURTIS JACKSON, ET AL.,<br><br>                              Defendants. | 23-CV-11295 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se*, is currently incarcerated in Florida. By order dated March 19, 2024, the Court directed Plaintiff, within thirty days, to submit a signed complaint, IFP application, and prisoner authorization with his legal name, and not "Original Mann." (ECF 7.) That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed the requisite documents. Instead, on April 26, 2024, Plaintiff submitted, under the name "Original Mann," a letter that was not responsive to the March 19, 2024 order, and which had dried blood on it. The United States Marshal Service took possession of the letter and destroyed it, and it will not be docketed or acted upon. *Cf. Lisle v. Senor-Moore*, No. 19-CV-163, 2019 WL 1282000, at *2 (S.D. Ill. Mar. 20, 2019) (noting that a letter containing "blood samples," was "destroyed because it potentially contained hazardous materials.")

Because Plaintiff failed to comply with the March 19, 2024 order by submitted the signature pages as directed, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a). No further documents will be accepted in this case with the exception of those directed to the Second Circuit. If Plaintiff files other documents in this case, the Court will direct Plaintiff to show cause why he should not be barred from filing further documents in this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:   May 1, 2024
         New York, New York

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge