UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYRUS CASBY ALSO KNOWN AS
ORIGINAL MANN,

                     Plaintiff,

              -against-

CURTIS JACKSON, ET AL.,

                    Defendants.

23cv11295 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the May 1, 2024, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 1, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge